# Court of Appeals
# of the State of Georgia

ATLANTA,  January 12, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0190.  TERRANCE WATKINS v. THE STATE.**

In October 2000, Terrance Watkins pled guilty to eight counts of cruelty to a child.  Over fourteen years later, Watkins filed a "Motion to Vacate Void Judgment," in which he alleged that his underlying conviction was void.  The trial court denied the motion, and Watkins filed this discretionary application.

In *Roberts v. State,* the Supreme Court made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Because Watkins is not authorized to collaterally attack his conviction in this manner, his application for discretionary appeal is hereby DISMISSED. See id.; *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/12/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*